

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-15-00003-CR**
**NO. 02-15-00004-CR**
**NO. 02-15-00005-CR**

DIJON LEFAYE NOBLES　　　　　　　　　　　　　　　　　APPELLANT

V.

THE STATE OF TEXAS　　　　　　　　　　　　　　　　　　STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1380625D, 1380626D, 1380627D

----------

## MEMORANDUM OPINION[1]

----------

On October 3, 2014, pursuant to a plea bargain, Appellant Dijon LeFaye Nobles pled guilty to three separately charged counts of debit card abuse, and the trial court sentenced her to fourteen months' confinement in a state jail facility in each case, with the sentences to run concurrently. Appellant did not file a

[1]*See* Tex. R. App. P. 47.4.

motion for new trial in any of her cases. Her notice of appeal in each case was therefore due November 3, 2014, but it was not filed until December 19, 2014.[2]

Because of our concern that we have no jurisdiction over these appeals based on the untimely filed notices of appeal, and also because the trial court's certification states that these cases are plea-bargained and that Appellant therefore has no right of appeal, we informed Appellant by letter on January 12, 2014, that the appeals could be dismissed absent a response showing grounds for continuing them. We received no response.

A notice of appeal that complies with the requirements of rule 26 is essential to vest this court with jurisdiction.[3] The Texas Court of Criminal Appeals has expressly held that without a timely filed notice of appeal or motion for extension of time, this court cannot exercise jurisdiction over an appeal.[4]

Accordingly, we dismiss these appeals for want of jurisdiction.

---

[2] *See* Tex. R. App. P. 26.2(a)(1).

[3] *See* Tex. R. App. P. 25.2(b), 26.2(a)(1); *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012).

[4] *Castillo*, 369 S.W.3d at 198; *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  March 5, 2015